

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*[signature]*

**United States Bankruptcy Judge**

**Signed November 15, 2012**

---

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>Paula Jean Peterson,<br><br>Debtor. | § § § § § § | Case No. 12-70039-HDH-13 |
| Ally Financial Inc.,<br><br>Movant,<br><br>v.<br><br>William Todd Peterson,<br><br>Co-Debtor-Respondent. | § § § § § § § § § § § | Hearing on Motion to Lift Automatic Stay:<br>November 14, 2012<br>10:00 a.m. |

### ORDER TERMINATING CO-DEBTOR STAY PURSUANT TO §1301 OF THE BANKRUPTCY CODE

CAME ON FOR CONSIDERATION in the above-referenced case, the Motion for Relief from Lift Co-Debtor Stay filed by Ally Financial Inc., against Co-Debtor, William Todd Peterson.  The Court finds that:

1. Ally Financial Inc. did cause to be filed in the above referenced action a Motion for Relief from Co-Debtor Stay pursuant to 11 U.S.C. §1301.

2. Proper notice has been given to all affected parties by means of certificate of mailing;

3. There are no timely filed responses;

IT IF THEREFORE ORDERED that the Motion for Relief from Co-Debtor Stay filed by Ally Financial Inc. requesting termination the Co-Debtor stay under 11 U.S.C. §1301 is hereby GRANTED with respect to the following described Collateral:

                2011 GMC Acadia
          VIN: 1GKKRRED1BJ230579

# # # END OF ORDER # # #

Submitted by:

Patrick M. Lynch, Esq.
State Bar No. 24065655
BEASLEY, HIGHTOWER & HARTMANN, P.C.
1601 Elm Street, Suite 4350
Dallas, TX 75201
(214) 220-4700 (telephone)
(214) 220-4753 (telefax)

Attorneys for Ally Financial Inc.